# IN THE SUPREME COURT OF THE STATE OF NEVADA

LOREN RAYMOND FOLLETT, III,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 82480

FILED

MAR 01 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal challenging a district court order denying appellant's motion for reconsideration of the denial of a postconviction habeas petition. Second Judicial District Court, Washoe County; David A. Hardy, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for reconsideration in a criminal matter, we lack jurisdiction to consider this appeal. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-05913

cc:     Hon. David A. Hardy, District Judge
        Loren Raymond Follett, III
        Attorney General/Carson City
        Washoe County District Attorney
        Washoe District Court Clerk